USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                         :

Travelers Casualty Insurance Company of America,   :
    Plaintiff,                             :       ORDER

                                           :       22-cv-5496 (NSR)(JCM)

            -against-                   :

                                           :

BJB Construction Corp., a/k/a Moy Construction *et al,*   :
    Defendants.                           :
---------------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

      The Court is in the process of reviewing the parties' post-trial memorandum briefing and requests a status update as to whether the parties have engaged in any settlement discussions concerning the remaining issue in this action.

      Accordingly, the parties are directed to file a joint status letter on or before July 2, 2026 advising the Court of the status of any settlement discussions.

Dated: June 17, 2026
      White Plains, New York

                                   SO ORDERED:

                                   NELSON S. ROMÁN
                                   United States District Judge